COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-245-CV

IN THE INTEREST OF M.S.M., J.E.C.,

L.M.C., M.R.C. AND C.S.C., CHILDREN

----------

FROM THE 16
TH
 DISTRICT 
COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED: January 26, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.